In the Matter of the Application of STEPHEN A. RUDD, Appellant, for a Peremptory Writ of Mandamus against JAMES C. CROPSEY as District Attorney of Kings County, Respondent.

Reported below, 159 App. Div. 275.
(Submitted March 23, 1914; decided March 31, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered November 21, 1913, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to prepare and certify a payroll showing relator entitled to a certain specified compensation and to transmit the same to the state civil service commission.

The motion was made upon the ground that the appellant had failed to file the required undertaking.

*James C. Cropsey, District Attorney,* for motion.

*Robert H. Elder* opposed.

Motion denied, without costs, on condition that the appellant files the necessary undertaking within ten days from the entry of this order; on failure to comply with this condition the motion is granted and the appeal dismissed, with costs and ten dollars costs of motion.